NORTHERN PACIFIC RAILROAD COMPANY, Plaintiff and Appellant, *v.* JERRY A. BARNES, Defendant and Respondent.

*A* PPEAL from district court, Burleigh county; Hon. RODERICK ROSE, Judge.

*W. F. Ball* and *John S. Watson*, for appellant.   *N. F. Boucher, Louis Hanitch*, and *R. H. Copeland*, for respondent.

(Opinion filed Jan. 12, 1892.)

The opinion of the court was delivered by

WINCHESTER, J.  Following the case of Railroad Co. v. Barnes, *ante* (decided at this term), the judgment of the district court is reversed.

McCONNELL, J., concurs.   CORLISS, C. J., dissents.

BARTHOLOMEW and WALLIN, JJ., having been of counsel, did not sit on the hearing of the above-entitled action, nor take any part in the opinion; Judge WINCHESTER, of the sixth judicial district, and Judge McCONNELL, of the third judicial district, sitting by request in their places.

---

NORTHERN PACIFIC RAILROAD COMPANY, Plaintiff and Appellant, *v.* EDSON D. STRONG, County Treasurer of Foster County, Defendant and Respondent.

*A* PPEAL from district court, Foster county; Hon. RODERICK Rose, Judge.

*W. F. Ball* and *John S. Watson*, for appellant.   *E. W. Camp*, for respondent.

(Opinion filed Jan. 12, 1892.   Rehearing denied March 24, 1892.)

The opinion of the court was delivered by

WINCHESTER, J.  Following the case of Railroad Co. v. Barnes, *ante* (decided at this term), the judgment of the district court is reversed.

McCONNELL, J., concurs.   CORLISS, C. J., dissents.